**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

**BESSIE HUNT,**

       **Plaintiff,**

**vs.**                                                   **CASE NO.: 1:99-CV-025-SPM**

**JOANNE BARNHART, Commissioner**
**of the Social Security Administration,**

       **Defendant.**
_____/

**ORDER DIRECTING PLAINTIFF TO FILE**
**WRITTEN RESPONSE ON ATTORNEY FEES**

**THIS CAUSE** comes before the Court upon the "Application for an Award

of Attorney's Fees Pursuant to 42 U.S.C. § 406(b)(1)" (doc. 26) filed by Plaintiff

on April 21, 2006 and the response filed by the Government (doc. 27) on May 4,

2006.  The Government requests that the Court direct Plaintiff to submit a record

of hours spent representing the claimant and a statement of the attorney's

normal hourly billing rate for non-contingent fee cases.  This information will

enable the Government to respond to the substance of the motion for attorney

fees.

The Court finds the request to be appropriate pursuant to Gisbrecht v.

Barnhart, 535 U.S. 789 (2002), which permits a district court to require such a

response from Plaintiff "as an aid to the court's assessment of the

reasonableness of the fee yielded by the fee agreement."  Id. at 808.

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.	Plaintiff shall file a written response on or before June 2, 2006.

2.	The response shall contain an accurate record of the hours spent

by counsel representing Plaintiff in this case and a statement of the

attorney's normal hourly billing rate for non-contingent fee cases.[1]

3.	The Government shall then file its reply on or before ***June 14,***

***2006***.

**DONE AND ORDERED** this eighteenth day of May, 2006.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge

---

[1]  The Court is aware of footnote 1 in Plaintiff's motion which states simply that counsel's 2000 rate was $400 per hour and his 2006 rate is $550 per hour.